**213 LASHBROOK vs. CIRCUIT JUDGE (St. Clair), No. 14026.**

To compel vacation of order quashing a writ of certiorari directed to a justice of the peace.

Granted April 27, 1894, with costs.

The writ was quashed on the ground that it was served outside of the County of St. Clair. Relator contended (1) that defendant in certiorari, after return made by the justice, had appeared generally and made a motion in said cause to require plaintiff in certiorari to file a good and sufficient bond; (2) that the return to the writ showed service within the county, and that the return of the justice as to the place of service was not properly a part of his return (the circuit judge had, however, allowed affidavits to be filed showing where service was actually made), and (3) that the service was of a mandate to the court like an order of court, a notice of trial or a chancery subpoena.

It appeared that the justice lived at the Village of Memphis, which is located on the county line.

**213½ DUFLO vs. CIRCUIT JUDGE (Wayne), No. 16279, 4 D. L. N., 568.**

To vacate an order dismissing certiorari directed to drain commissioners of Wayne and Macomb Counties.

Denied September 14, 1897, on the ground that the notice was not served seasonably on the commissioner for Macomb, nor was he a party named in the writ.